**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ETTA COX and
CHARLES COX**                                                                                                    **PLAINTIFFS**

**v.**                              **CASE NO. 3:20-CV-00185-BSM**

**ROBERT WARNER, JR., MD,** *et al.*                                                            **DEFENDANTS**

**ORDER**

The clerk is directed to issue summonses and mail them to Etta and Charles Cox. The Coxes must serve defendants with a copy of their complaint and summons within ninety days of filing the complaint, or their case with be dismissed without prejudice.

Local Rule 5.5(c)(2) requires *pro se* litigants to promptly notify the court and the other parties in the case of any change of address; monitor the progress of the case; and prosecute or defend the action diligently. Failure by a *pro se* plaintiff to respond to any communication from the court within thirty days may result in the dismissal of the plaintiff's case. A party proceeding *pro se* shall be expected to follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be obtained from the clerk. The Federal Rules of Civil Procedure are available in many libraries, including this court's library, and bookstores.

IT IS SO ORDERED this 17th day of July, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE