IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ETTA COX and CHARLES COX                                                    PLAINTIFFS

v.                             CASE NO. 3:20-CV-00185-BSM

ROBERT WARNER, JR., *et al.*                                                DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE